UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GARAGE DOOR PARTNERS, LLC, A FLORIDA LIMITED LIABILITY COMPANY,

Plaintiff,

v. Case No. 2:26-cv-324-KCD-KRH

METRO GARAGE DOOR, INC., A GEORGIA CORPORATION; L&W INSULATION & FIREPLACES, LLC, A GEORGIA LIMITED LIABILITY COMPANY; AND DERRICK THOMPSON, INDIVIDUALLY,

Defendants.
_________________________________/

**ORDER**

Defendants seek Rule 11 sanctions against Plaintiff and its attorney for asserting baseless claims. (Doc. 50.)[1] Also pending is Defendants' motion to dismiss, arguing that Plaintiff's claims fail as a matter of law. (Doc. 52.) Because the sufficiency of the claims could inform the sanctions analysis, the motion for sanctions (Doc. 50) is **denied without prejudice**. This approach conserves judicial resources and promotes efficiency. *See Glob. Van Lines, Inc. v. Glob. Van Lines, Inc.*, Case 05-61410, 2006 WL 8431578, at *3 (S.D.

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

Fla. June 6, 2006) ("Here, the motion for sanctions under Rule 11 should not have been brought or at the very least been withdrawn when the Court found in its Order Granting in Part Defendants Motion to Dismiss … that there was sufficient legal basis for individual liability under the Lanham Act."). If the amended complaint does not survive, the sanctions can then be pursued.

**ORDERED** in Fort Myers, Florida on October 8, 2026.

Kyle C. Dudek
United States District Judge